Phillip S. Ferguson, Utah Bar No. 1063
phillip.ferguson@chrisjen.com
Bryson R. Brown, Utah Bar No. 14146
bryson.brown@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
Facsimile: (801) 355-3472
*Attorneys for Defendant Troy Apolonio dba
Chick-Fil-A of Sandy*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARVEL CLAWSON<br><br>        Plaintiff,<br><br>vs.<br><br>ST MALL OWNER, LLC, a Delaware Limited Liability Company, TROY APOLONIO, an individual doing business as CHICK-FIL-A OF SANDY, John Does I-X, XYZ Corporations and/or Limited Liability Companies I-X,<br><br>        Defendants. | **STIPULATED MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Civil No. 2:17-cv-00021-DN<br><br>Judge David Nuffer |

Plaintiff Charvel Clawson, and Defendant Troy Apolonio, d/b/a Chick-Fil-A of Sandy, by through counsel of record, hereby stipulate and jointly move this Court for an Order dismissing all claims with prejudice and on the merits. The proposed Order of Dismissal with Prejudice is filed herewith.

DATED this 22nd day of March, 2017.

                    CHRISTENSEN & JENSEN, P.C.

                    s/ Bryson R. Brown
                    Phillip S. Ferguson
                    Bryson R. Brown
                    *Attorneys for Defendant Rebecca Pickle dba*
                    *Chick-Fil-A at South Jordan FSU*

DATED this 22nd day of March, 2017.

                    FORD & CRANE PLLC

                    s/ Matthew B. Crane (signed with permission)
                    Matthew B. Crane
                    *Attorneys for Plaintiff Charvel Clawson*

DATED this 22nd day of March, 2017.

                    SNELL & WILMER, LLP

                    s/ Michael A. Gehret (signed with permission)
                    Michael A. Gehret
                    *Attorneys for ST Mall Owner, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2017, a true and correct copy of the foregoing **STIPULATED MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE** was electronically filed via the Court's CM/ECF Filing System, which sent notification of such filing to the following:

    Matthew B. Crane
    FORD & CRANE PLLC
    4161 North Thanksgiving Way, Suite 300
    Lehi, Utah 84043
    *Attorney for Plaintiff*

Michael A. Gehret
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
*Attorneys for ST Mall Owner, LLC*

                                              */s/ Belle Wade, Legal Secretary*