Phillip S. Ferguson, Utah Bar No. 1063
phillip.ferguson@chrisjen.com
Bryson R. Brown, Utah Bar No. 14146
bryson.brown@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
Facsimile: (801) 355-3472
*Attorneys for Defendant Troy Apolonio dba Chick-Fil-A of Sandy*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CHARVEL CLAWSON<br><br>Plaintiff,<br><br>vs.<br><br>ST MALL OWNER, LLC, a Delaware Limited Liability Company, TROY APOLONIO, an individual doing business as CHICK-FIL-A OF SANDY, John Does I-X, XYZ Corporations and/or Limited Liability Companies I-X,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Civil No. 2:17-cv-00021-DN<br><br>Judge David Nuffer |

Having considered the Stipulated Motion for Order of Dismissal with Prejudice[1] submitted by the parties, and for good cause appearing,

---

[1] Docket no. 21, filed March 22, 2017.

IT IS HEREBY ORDERED that all claims against all Defendants are dismissed with prejudice and on the merits, and without costs to any party. The clerk is directed to close this case.

Dated March 24, 2017

BY THE COURT:

David Nuffer
United States District Judge

**APPROVED AS TO FORM:**

CHRISTENSEN & JENSEN, P.C.

s/ Bryson R. Brown
Phillip S. Ferguson
Bryson R. Brown
*Attorneys for Defendant Troy Apolonio
dba Chick-Fil-A of Sandy*

FORD & CRANE PLLC

s/ Matthew B. Crane (signed with permission)
Matthew B. Crane
*Attorneys for Plaintiff Charvel Clawson*

SNELL & WILMER LLP

s/ Michael A. Gehret (signed with permission)
Michael A. Gehret
*Attorneys for Defendant ST Mall Owner, LLC*